IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT W. TESSEN,

    Plaintiff,

v.

STEVE HELGERSEN, NANCY HAHNISCH,
DARCI BURRESON, JENNIFER NICKEL,
NATALIE NEWMAN and KIM CAMPBELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-104-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Steve Helgersen, Nancy Hahnisch, Darci Burreson, Jennifer Nickel, Natalie Newman and Kim Campbell granting their motion for summary judgment and dismissing this case.

_Peter Oppeneer_, Clerk of Court      9/8/11   Date